UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VERONICA JAIME, <br><br> Defendant. | CASE NO.:   21-cr-1201-JLS <br><br> Hon. Janis L. Sammartino <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from May 28, 2021 to **July 2, 2021 at 1:30 p.m.** is hereby **GRANTED**.  Defendant shall file an acknowledgment of the new hearing date by May 19, 2021.

For the reasons stated in the Parties' joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge